IN THE SUPREME COURT OF NORTH CAROLINA

No. 294PA17

Filed 21 September 2018

STATE OF NORTH CAROLINA

v.

NANCY BENGE AUSTIN


On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an unpublished order of the Court of Appeals dated 4 August 2017 denying defendant's petitions for writ of mandamus or writ of certiorari to review an order entered on 14 November 2016 by Judge Bryan Collins in Superior Court, Caldwell County. Heard in the Supreme Court on 27 August 2018.

*Joshua H. Stein, Attorney General, by Joseph L. Hyde, Assistant Attorney General, for the State.*

*Glenn Gerding, Appellate Defender, by Daniel Shatz, Assistant Appellate Defender, for defendant-appellant.*


PER CURIAM.

CERTIORARI IMPROVIDENTLY ALLOWED.